IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lloyd, Kimberly R

Printed: 11/13/07

Case Number: 07 B 05338
Judge: Squires, John H
Filed: 3/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,172.00 |  |
| Secured: |  | 2,804.58 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,142.12 |
| Trustee Fee: |  | 225.30 |
| Other Funds: |  | 0.00 |
| Totals: | 4,172.00 | 4,172.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 2,200.00 | 1,142.12 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | National Auto Finance Inc | Secured | 9,000.00 | 1,147.32 |
| 5. | Drive Financial Services | Secured | 13,000.00 | 1,657.26 |
| 6. | Countrywide Home Loans Inc. | Secured | 22,688.18 | 0.00 |
| 7. | Capital One | Unsecured | 606.99 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 341.22 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 332.89 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 598.26 | 0.00 |
| 11. | National Auto Finance Inc | Unsecured | 4,225.39 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 273.72 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 225.04 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 1,433.01 | 0.00 |
| 15. | Drive Financial Services | Unsecured | 4,797.08 | 0.00 |
| 16. | USA Phone Cards | Unsecured | 231.84 | 0.00 |
| 17. | AmeriCash Loans, LLC | Unsecured | 3,019.75 | 0.00 |
| 18. | AT&T | Unsecured |  | No Claim Filed |
| 19. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 20. | Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | $ 62,973.37 | $ 3,946.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 225.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lloyd, Kimberly R

Printed: 11/13/07

Case Number:  07 B 05338
Judge:  Squires, John H

Filed:  3/26/07

_____
$ 225.30

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____